IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLY FRANCOIS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-7334 |
| | : | |
| KRISTI NOEM, et al. | : | |

## **ORDER**

AND NOW, this 29th day of December, 2025, upon consideration of Petitioner Willy Francois' Petition for Writ of Habeas Corpus (Dkt. No. 1), it is ORDERED that:

1. Petitioner shall make immediate and proper service of the Petition (Dkt. No. 1) and this Order on the Government Respondents.

2. Petitioner shall additionally forward his petition and this order to the following email addresses:

    a. desiree.wilkins@usdoj.gov

    b. anthony.stjoseph@usdoj.gov

    c. susan.becker@usdoj.gov

    d. gregory.david@usdoj.gov

3. The Government shall not transfer Petitioner without further order of the Court.

4. The Government shall respond to the Petition by **Monday, January 5, 2026, at 12:00 p.m.**

IT IS FURTHER ORDERED that a hearing on said Petition shall take place on **Wednesday, January 7, 2026 at 3:00 p.m. in Courtroom 14B** of 601 Market Street, Philadelphia, PA 19106 unless the Government and Petitioner are able to stipulate that neither an evidentiary hearing nor oral argument are necessary. The parties shall promptly inform the Court if they do not require a hearing or oral argument.

2

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.