IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLY FRANCOIS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-7334 |
| | : | |
| KRISTI NOEM, et al. | : | |

## ORDER

AND NOW, this 5th day of January, 2026, upon consideration of Petitioner Willy Francois' Petition for Writ of Habeas Corpus (Dkt. No. 1), the Government's response (Dkt. No. 3), and for the reasons stated in the accompanying Memorandum, it is ORDERED that the Petition (Dkt. No. 1) is GRANTED as follows:

1. Francois is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall RELEASE Francois from custody immediately and shall certify compliance with this Memorandum Opinion and Order by filing on the docket no later than 5:00 P.M. EST on January 6, 2025;

3. The Government is temporarily enjoined from re-detaining Francois for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Francois after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Francois from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Francois is subject to

2

detention under 8 U.S.C. § 1226(a), the Government may request permission from me to move Francois if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Francois.

It is further ORDERED that the hearing scheduled for Wednesday, January 7, 2026 at 3:00 P.M. in Courtroom 14B is CANCELLED. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.